MANUFACTURERS TRUST COMPANY, as Successor by Merger to MORTGAGE CORPORATION OF NEW YORK, Trustee under a Declaration of Trust for the Benefit of Certificate Holders in Guarantee No. 206,829 of BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. APEX HOLDING CORP., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

■

RUZICKA'S, a Partnership, Respondent, v. GREENHOUSE FLOWER COOPERATIVE, INC., et al., Appellants.— The defect in the pleading now before us is in the title of the action rather than in the specifications of the parties. The complaint makes clear who are the individual members of the plaintiff partnership. It appears, in any event, however, that by reason of a change in the make-up of the partnership since the time of the service of the complaint, an amended pleading is in order. In the amended pleading the correction can and should be made in the title of the action. Order unanimously affirmed, without costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [Order denied motion to dismiss complaint.] [See post, p. 697.]

■

JOHN H. KROOSS, as Administrator with the Will Annexed of HERMAN KROOSS, Deceased, Appellant, v. H. PETER MAUE, Individually and as Executor of FLORENCE K. MAUE, Deceased, et al., Respondents.— Order, so far as appealed from, reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.; Cohn and Heffernan, JJ., dissent and vote to affirm. [Order denied motion to strike out third, fourth and fifth affirmative defenses.] [See post, p. 755.]

■

In the Matter of LAUREL OPERATING CORPORATION, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

■

EUGENIA SILBERFELD, Appellant, v. SWISS BANK CORPORATION, Defendant and Third-Party Plaintiff-Respondent. HENRI PLESSNER, Third-Party Defendant-Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [Judgment dismissed complaint and third-party complaint.] [See post, p. 755.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROTHLEV REALTY CORPORATION, Appellant-Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [20 W. 72nd St., Borough of Manhattan.] — Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.